2025-1787

# United States Court of Appeals
# For the Federal Circuit

STA GROUP LLC,
*Appellant*

v.

MOTOROLA SOLUTIONS INC.,
*Appellee*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01295

**STA'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Jason A. Engel
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Phone: 312-807-4236

Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
Phone: 415-882-8238

Nicholas F. Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: 206-370-6685

*Counsel for Appellant STA Group LLC*

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2025-1787

**Short Case Caption** STA Group LLC v. Motorola Solutions Inc.

**Filing Party/Entity** STA Group LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/09/2026

Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson

**FORM 9. Certificate of Interest**

**Form 9 (p. 2)**
**March 2023**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| STA Group LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| K&L Gates LLP: Kyle M. Kantarek | | |
| K&L Gates LLP: Nolan R. Hubbard | | |
| K&L Gates LLP: Dennis A. Majewski | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)   ☐  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellant STA Group LLC ("STA") respectfully requests an extension of time of thirty (30) days to file its reply brief.

In support of this Motion, Appellant states as follows:

1.      STA's reply brief is currently due on March 23, 2026.

2.      STA requests a thirty (30) day extension to move the due date for STA's reply brief to April 22, 2026.

3.      This is STA's first request for an extension of this paper.  There were two prior extensions taken for STA's opening brief: sixty (60) days by prior counsel and twenty-eight (28) days by the undersigned.

4.      STA's request for an extension is necessary to accommodate STA's counsel's scheduling conflicts relating to other matters which will interfere with allocating appropriate time for preparation of the reply brief.  Accordingly, good cause exists for the requested extension.

The attached Declaration of Erik J. Halverson sets forth good cause for the requested extension.

STA understands that counsel for Appellee does not oppose the relief sought by this motion.  STA respectfully requests that this motion be granted.

1

Dated:  March 9, 2026                     Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
Phone: 415-882-8238
Email: erik.halverson@klgates.com

Jason A. Engel
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Phone: 312-807-4236
Email: jason.engel@klgates.com

Nicholas F. Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: 206-370-6685
Email: nicholas.lenning@klgates.com

COUNSEL FOR APPELLANT
STA GROUP LLC

2025-1787

# United States Court of Appeals
# For the Federal Circuit

STA GROUP LLC,
*Appellant*

v.

MOTOROLA SOLUTIONS INC.,
*Appellee*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2023-01295

**ERIK J. HALVERSON'S DECLARATION IN SUPPORT OF STA'S
MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

I, Erik J. Halverson, declare under oath as follows:

1.    I am a partner with the law firm K&L Gates LLP, counsel for Appellant STA Group LLC ("STA") in connection with the above-captioned action.

2.    I make this declaration in support of STA's Unopposed Motion for Extension of Time to File Its Reply Brief.

3.    On May 19, 2025, this appeal was docketed.

4.    On March 2, 2026, Appellee Motorola Solutions, Inc. ("Motorola") served its principal brief.

5.    STA's reply brief is due March 23, 2026.  STA respectfully requests that this deadline be extended by 30 days to April 22, 2026.  The additional time is requested to accommodate the professional obligations of STA's counsel.  Those obligations collectively include:

- Claim construction briefing in *LS Cable & System Ltd. v. Apple Inc.* (3:24-cv-09194, Northern District of California);

- Invalidity contentions due in *Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-01355, District of Delaware);

- Summary Judgement Briefing in *Entropic Communications, LLC v. Dish Network Corp.* (2:23-cv-1043 Central District of California), and

- Pre-scheduled personal travel.

1

6.      This request for an extension is motivated solely by STA's desire to properly prepare its reply brief and not for the purpose of delay or procedural advantage.

7.      Pursuant to Federal Circuit Rule 27(a)(2), counsel for STA has conferred with counsel for Motorola who advised that Motorola does not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 9, 2026          */s/ Erik J. Halverson*
                                   Erik J. Halverson

2

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2025-1787

**Short Case Caption:** STA Group LLC v. Motorola Solutions Inc.

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __173_____ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 03/09/2026

Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson

Save for Filing